IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| PREFERRED PROFESSIONAL INSURANCE COMPANY, | Case No. 8:16-CV-00192-JFB-SMB |
|---|---|
| Plaintiff, | **ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |
| v. | |
| HOUSTON CASUALTY COMPANY, | |
| Defendant. | |

This matter is before the Court on Plaintiff Preferred Professional Insurance Company ("PPIC") and Defendant Houston Casualty Company's ("HCC") stipulation of dismissal with prejudice of PPIC's claims against HCC and HCC's counterclaims against PPIC (Doc. 41). Having considered the stipulation of dismissal with prejudice,

IT IS ORDERED that:

1. PPIC's claims against HCC (Doc. 1) are dismissed with prejudice; and

2. HCC's counterclaims against PPIC (Doc. 6) are dismissed with prejudice.

Dated this 9th day of November, 2017.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge